# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Lerner & Rowe Injury Attrneys<br><br>    Plaintiff<br><br>v.<br><br>Arturo Contreras, et al.<br><br>    Defendants | Case No.: 2:19-cv-01843-JAD-VCF<br><br>**Order Closing Case** |

The local rules of this court provide that "[a]ll civil actions that have been pending . . . for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte . . . ."[1] The court filed an order on February 11, 2021, advising plaintiff that no activity had occurred for more than 270 days and the case would be dismissed under L.R. 41-1 unless action was taken by March 13, 2021.[2] The court's deadline has long since expired and over 270 days have passed without any proceeding of record having been taken in this case.

IT IS THEREFORE ORDERED that Lerner & Rowe Injury Attorneys' claims against Arturo Contreras; Arizona Emergency Medicine Specialists, P.C.; AR Resources, Inc.; Accident Lending Group, LLC; Nevada Spine Clinic; Smoke Ranch Surgery Center, LLC; PBS Anesthesia, LLC; Raxo Drugs, Inc.; and Nevada Anesthesia Consultants, LLP are DISMISSED. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
August 17, 2021

---

[1] L.R. 41-1.
[2] ECF No. 19.